**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GILBERTO CRUZ and NORMA
MELENDEZ, on behalf of themselves and all
others similarly situated,

                Plaintiff,

-against-                                    20 **CIVIL** 2402 (PGG)(JLC)

## **JUDGMENT**

D.F. STAUFFER BISCUIT CO., INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2022, the R&R is adopted in its entirety, and the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2022

                                                    **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                                  **BY:**       *K. Mango*

                                                        **Deputy Clerk**